

jamielopez stipulation (1700x2202x24b bmp)

```
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★    JUN 3 0 2005    ★

           P.M. _____
TIME A.M. _____
```

LAW OFFICES OF IRA D. WINCOTT, ESQ.
ATTORNEY FOR DEFENDANT
166 EAST JERICHO TURPIKE
MINEOLA, NEW YORK 11501
(516) 478-4245
IRA D. WINCOTT, ESQ. (IW8217)

UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF NEW YORK
----------------------------------------X
JAMIE LOPEZ,

                    Plaintiff(s),         Civil Action Number:
                                          05-CV-1321 (SJF) (LB)
         -against-                                ARR

UFCW Local 342                            **STIPULATION OF
                                          DISCONTINUANCE WITH
                                          PREJUDICE**

                    Defendant(s).
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED to by and between the Plaintiff pro se and counsel for the Defendant in the above-entitled matter that pursuant to the Conference held before Magistrate Judge Lois Bloom on June 6, 2005 the above-entitled matter is hereby voluntarily discontinued with prejudice without costs to either party. This Stipulation may be filed without further notice with the Court.

DATED: Mineola, New York
       June 9, 2005

_____          _____
JAMIE LOPEZ                              IRA D. WINCOTT, ESQ.
Plaintiff Pro Se                         LAW OFFICE OF IRA D. WINCOTT, ESQ.
2114 Albemarle Road                      Attorney for Defendant
Apt E3                                   166 East Jericho Turnpike
Brooklyn, New York 11226                 Mineola, NY 11501
(646) 529-5424                           (516) 478-4245

SO ORDERED BY THE COURT THIS 24th
DAY OF June 2005.

_____
UNITED STATES DISTRICT JUDGE